Kearns, Reale & Kearns
    By: Samuel Reale, Jr., Esq. (SR1097)
630 Beverly-Rancocas Road
Willingboro, New Jersey 08046
(609) 877-6550
Attorneys for Defendant:
Burlington Volkswagen, Inc., improperly
plead as doing business as Burlington KIA

| | |
|---|---|
| AARON RAMEY, | : UNITED STATES DISTRICT COURT |
|     Plaintiff, | : DISTRICT OF NEW JERSEY |
| vs. | : Civil Action No. |
| BURLINGTON VOLKSWAGEN, INC., d/b/a BURLINGTON KIA; BURLINGTON CAR CONNECTION, INC., d/b/a/ BURLINGTON KIA; and CAPITAL ONE AUTO FINANCE, INC., | : Civil Action <br><br> : **STIPULATION** <br> : **OF** <br> : **DISMISSAL** |
|     Defendants. | : **AS TO DEFENDANT** <br> : **BURLINGTON VOLKSWAGEN, INC.** |

THIS MATTER HAVING BEEN opened to the Court on the filing of a Complaint by Plaintiff Aaron Ramey, through his counsel, Weisberg Law, P.C. Graham F. Baird, Esq., appearing;

AND the Defendant Burlington Volkswagen, Inc., appearing through its counsel, Kearns, Reale & Kearns, Samuel Reale, Jr., Esq., appearing;

AND the issues between the parties having been amicably resolved;

AND based upon the representation of Samuel Reale, Jr., Esq. that Defendant Burlington Volkswagen, Inc., is not a properly named party to this matter;

NOW, on this ___ of April, 2010, the Plaintiff and Defendant Burlington Volkswagen, Inc., hereby STIPULATE AND AGREE that the Complaint as to Defendant Burlington Volkswagen, Inc., shall be dismissed, with prejudice. All parties consent to the jurisdiction of this Court to enter this Order.

_____
Graham F. Baird, Esquire
Weisberg Law, P.C.
Counsel for Plaintiff
Aaron Ramey

_____
Samuel Reale, Jr., Esquire
Kearns, Reale & Kearns
Counsel for Defendant
Burlington Volkswagen, Inc.

So Ordered this 14th day of April, 2010.

_____
JOEL SCHNEIDER, USMJ