# Weisberg Law, P.C.
## also t/a Consumer Justice Alliance
*Attorneys at Law*

7 South Morton Avenue
Morton, Pennsylvania 19070
Ph: 610.690.0801
Fax: 610.690.0880

Philadelphia County, Pennsylvania
1500 Walnut St., Ste. 1100
Philadelphia, PA 19102

Camden County, New Jersey
Two Aquarium Dr., Ste. 200
Camden, NJ 08103

*Matthew B. Weisberg*\*^
Graham F. Baird^
Robert P. Cocco~+

\*NJ & PA Office Manager
^Licensed in PA & NJ
~Licensed in PA
+Of Counsel

Web-Site: **www.weisberglawoffices.com**
E-Mail: MWEISBERG@WEISBERGLAWOFFICES.COM

*Monday, April 19, 2010*

**Via Fax & ECF**
Magistrate Judge Joel Schneider
856-757-5355

    Re:    <u>Aaron Ramey v. Burlington Kia, et al</u>
             No.: 10-cv-01445

Dear Judge Schneider:

    Pursuant to local rule, kindly "roll over" plaintiff's response deadline (April 19, 2010) until the next returnable date.

    Thank you for this Honorable Court's consideration of this request made pursuant to local rule.

                                 Sincerely,

                                 Matthew B. Weisberg

MBW/amh

    CC:    Georgette Fries Fax: 856-488-7720
              Samuel Reale, Jr Fax: 609-835-4646